UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYTAYARI KEYES

Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

**NOTICE OF MOTION**
18-cv-4712(JPO)

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Assistant District Attorney Lauren Angelo dated  October 1, 2019 the accompanying memorandum of law, and all prior pleadings and proceedings herein, current Assistant District Attorneys, Tania Fiedorek and Jeffrey Levinson all of whom are non-parties and have been served with subpoenas calling for their appearance at a deposition, will move this Court before the Honorable J. Paul Oetken, United States District Judge at the United States Courthouse for the Southern District of New York for an Order pursuant to Federal Rule of Civil Procedure 45(d)(3) quashing said deposition subpoenas, as well as for any further relief the Court may deem just and proper.

Dated:        New York, New York
              October 1, 2019

CYRUS R. VANCE, JR.
District Attorney of New York County
*Attorney for ADAs Fiedorek and Levinson*
One Hogan Place
New York, New York 10013
(212) 335-9000

By:        _____/s_____
           Lauren Angelo
           Assistant District Attorney

1