Fax Server                3/1/2017 11:59:23 PM   PAGE   2/003   Fax Server

Page 1 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Mytayari Keyes (M 34),

Defendant.

MISDEMEANOR

Police Officer Peter Cassidy, Shield 623 of the Midtown North Precinct, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 130.52(1) | Forcible Touching (defendant #1: 1 count) |
| 2 | PL 130.55 | Sexual Abuse in the Third Degree (defendant #1: 1 count) |

On or about March 1, 2017 at about 9:20 P.M., at 7 Avenue between 7 Avenue & West 44 Street in the County and State of New York, the defendant intentionally, and for no legitimate purpose, forcibly touched the sexual and other intimate parts of another person for the purpose of degrading and abusing such person, and for the purpose of gratifying the defendant's sexual desire; the defendant subjected another person to sexual contact without the latter's consent.

*The factual basis for these charges are as follows:*

I observed the defendant following closely behind several women while walking around Times Square. I followed the defendant along 7th Avenue and observed the defendant rubbing his hand against a woman's buttocks in an up and down motion. I observed that there was enough room behind the defendant such that he did not need to rub his hand against her. The woman appeared to be flustered.

I am informed by Police Officer Manuel Silva sheild # 5574 of the Midtown North Precinct that officer Silva observed the defendant rubbing his hand against a different woman's buttocks in an up and down motion. I am further informed by officer Silva that there was enough room behind the defendant such that he did not need to rub his hand against her. The woman moved away from the defendant.

Fax Server          3/1/2017 11:59:23 PM   PAGE   3/003   Fax Server

Page 2 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Mytajari Keyes (M 34),

Defendant.

MISDEMEANOR

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

_____    3/2/17    1201
Police Officer Peter Cassidy        Date       Time