UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MYTAYARI KEYES,

                Plaintiff,                18 **CIVIL** 4712 (JPO)

     -against-                    **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 24, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         August 24, 2021

                                                **RUBY J. KRAJICK**

                                                Clerk of Court
                       BY:

                                                **Deputy Clerk**